**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Terrance Wardell Gillie

**BANKRUPTCY NO.** 2:10−bk−54729−AA

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−4579
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/28/10

**JOINT DEBTOR INFORMATION:**
Reyna Gillie

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0677
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 12/28/10

**Address:**
45251 17th Street West
Lancaster, CA 93534

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: December 28, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**18 / WCK**